BENJAMIN B. WAGNER
United States Attorney
ELLIOTT C. MONTGOMERY
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:13-mj-00177-GSA |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| ALEX ARRIOLA, Jr., | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Elliott C. Montgomery, Special Assistant United States Attorney, hereby moves to dismiss the complaint against Alex Arriola, Jr., without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 12, 2013        Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                 United States Attorney

                                      By:     /s/ Elliott C. Montgomery
                                              ELLIOTT C. MONTGOMERY
                                              Special Assistant U.S. Attorney

1

# O R D E R

IT IS HEREBY ORDERED that the Complaint against Alex Arriola, Jr., be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **September 12, 2013**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE